## STATEMENT UNDER PENALTY OF PERJURY

I, Marina Espíritu, of legal age, single, resident of San Juan, Puerto Rico, passport number 682665217, declares, pursuant to 28 U.S.C. sec. 1746, as follows:

1. My personal circumstances are those stated above.

2. My date of birth is January 2, 1950.

3. I have lived in Puerto Rico for approximately 40 years.

4. I am a US citizen, passport number 682665217. I was born in the Dominican Republic.

5. I reside in Ruiz Belvis Street, Villa Palmeras, San Juan, PR 00915; and my telephone number is 939-318-1283.

6. I voted in the 2012 elections for the last time, so I had to be reactivated.

7. I tried to reactivate with the *Sistema Registro Electrónico de Electores* (known as ERE) with the voluntary help of a young man because I do not know how to read or write and do not have a computer to be able to continue trying.

8. The system indicated that there was no voter registration despite having an electoral card and submitting the information exactly as it appears in my electoral card.

9. The alternative was to go to a *Junta de Inscripción Permanente* (JIP), but I do not have a car, I am a 70-year-old person, I use a cane, and cannot wait long hours standing or sitting to register in a JIP due to my spinal surgery.

I declare under penalty of perjury that the foregoing is true and correct and that I sign this statement freely and voluntarily.

Executed on San Juan, Puerto Rico, this 21st day of September of 2024.

*[signature: Marina Espíritu]*

Marina Espíritu