## STATEMENT UNDER PENALTY OF PERJURY OF FRANCISCO CONCEPCIÓN MARQUEZ

**FRANCISCO CONCEPCIÓN MARQUEZ** declares, pursuant to 28 U.S.C. sec. 1746, as follows:

1. I am 54 years old and competent to make this declaration.
2. I am a U.S. Citizen who is from and lives in Puerto Rico, and I am a lawfully registered voter in Puerto Rico. I lost my right to vote in 2004 because I wasn't living in Puerto Rico.
3. In 2008 I requested a re-registration and which was granted.
4. I have voted in person in Puerto Rico all of my life, except in the 2004 Elections because I wasn't living in Puerto Rico at that time. I have voted in primary and general elections since 1988.
5. During my registration in the 2008 I lived in San Juan, Puerto Rico. As a consequence, the address that appeared, in my personal information in the Voter Register, was in San Juan. In December 2020, after the 2020 Elections I moved to Toa Baja, Puerto Rico, where I still live.
6. In September 17, 2024 through eRE System I requested a change of address to transfer to Toa Baja, Puerto Rico which is where I'm currently living and where I wish to vote.
7. My address in Toa Baja is 3000 Calle Coral Apt 2532, Toa Baja, P.R. 00949.
8. In a search in the Ere SYSTEM, I appear as an active voter. Nevertheless, the address change requested has not been made. Instead, the system shows the following: "Your request of change is pending approval. You can't make more changes until this is resolved". Exhibit attached to this statement is a copy (print) of the digital page of the eRE System.
9. I understand that if the change doesn't appear in the system, I will have problems casting my vote during the Election Day, the next November 5, 2024.
10. I'm insecure about where I should vote and have not received further instructions nor information about my petition.

I declare under penalty perjury that the foregoing is true and correct. Executed:

*[signature]*