# Statement under penalty of perjury

Dante Velez Iriarte, of voting age, resident of San Juan, declares, pursuant to 28 U.S.C. sec. 1746, as follows:

1- My personal circumstances are those stated above.

2- My date of birth is July 11, 2005.

3- My address is Ave. Hostos 145, Apt. G-816 San Juan, P.R. 00918.

4- I tried to register to vote online through the Ere system on September 7, 2024. I submitted all the documents and complied with everything the system requested. The platform indicated that my petition was pending.

5- On September 18, 2024, my registration was rejected. Two reasons were given for this rejection: (a) the photograph provided was rejected, (b) the documentation provided as proof of residence was rejected as incomplete.

6- On September 20, 2024, I tried to re-enter to my Ere account to make the corrections as required. I was able to enter to the account, but I was unable to make any changes. The system did not allow me to make any corrections or upload any documents.

7- Frustrated, I decided to create a new account and initiate a new registration. I created a new account with my student email from Universidad de Puerto Rico.

8- I entered my personal information again and provided all the required documents.

9- That same day, I received an email that indicated that my application for registration was received and that it is now pending approval.

10- On September 22, 2024, I entered to my account on Ere, and it has a notification indicating that the application is pending and I cannot make additional changes until the case is resolved.

I declare under penalty of perjury that the fore going is true and correct and that I sign this statement freely and voluntarily.

Executed on San Juan, Puerto Rico, this 22 day of September of 2024.



Dante Benoit Vélez Iriarte