## Statement under penalty of perjury

Iris Delia Torres López, of legal age, resident of San Juan, declares, pursuant to 28 U.S.C. sec. 1746, as follows:

1- My personal circumstances are those stated above.
2- My date of birth is February 3, 1987.
3- My address is 161, Calle César González, Pavilion Court, Apt. 26 D, San Juan, P.R. 00918.
4- During the past weeks I tried to reactivate myself to vote. Since I did not have my electoral number, I saw on the eRe system page that I could call to request information. I called the contact number many times. On some occasions it rang and they did not answer, on other occasions the call did not come out and on others the line was activated but a human being did not come out answering the call, and the call dropped. I made the call several times a day.

On Friday, September 13, 2024, I decided to leave my job and visit Plaza Las Américas because I found out that there was a temporary Registration Board. But when I arrived it was very full and I had to leave. I had to pick up my daughter after school.

I had already given up, but fortunately I saw a post on social media from a candidate, Eva Prados, who said that one could go to any JIP. Despite my work schedule and the fact that I am a single mother and have to fulfill the responsibilities of raising my daughter, I planned to go after work to the Cataño Registration Board on September 21. However, a friend told me that I could contact the commissioners at the State Elections Commission (CEE) and they could help me. So I was able to talk to Lillian Aponte and get my election number. With this information I decided to use the eRE system to reactivate myself as a voter and change my address.

The process was very difficult. First, it didn't allow me to enter my correct address, since the system suggested addresses and doesn't allow you to enter anything else. So I had to choose the most similar one to be able to follow the process.

When I finally finished that part, I started uploading the identification documents, my passport and bill with address. However, it did not upload the documents. I was doing it from my phone, so I decided to find my computer and do it from that device. But I couldn't either. So I switched from Google Chrome to Safari. Until after more than two hours I was able to complete it. However, the system notified me that the registration had been satisfactorily completed and approval was pending. So I am faced with the uncertainty of whether my entire registration will be approved and I will be able to exercise my right to vote on November 5.

I declare under penalty of perjury that the fore going is true and correct and that I sign this statement freely and voluntarily.

Executed on San Juan, Puerto Rico, this 22st day of September of 2024.

_____
**Iris Delia Torres López**

Date: _____sept 22 2024_____