[…]

5.1: "Voters are granted active legitimacy to initiate or promote any legal actions under this article before the First Instance Court that corresponds pursuant to Chapter XIII of this Law.'

56. […] "Ensure/Guarantee that electoral services, processes, and events are planned, organized, and carried out with purity, transparency, security, certainty, speed, accessibility, and ease for voters in a cost-efficient manner, free of fraud and coercion; and without bias towards any group or sector or ideological or partisan tendency."

57. […]

(a) As of this cycle, the registration, reactivation, transfer, and relocation of any Voter for the 2024 General Election and subsequent elections **will not be authorized**, starting **thirty (30) days prior to the Elections**. (b) The **absolute right of the voter** to vote in the Precinct and Electoral Unit of his/her registration is guaranteed when the change of address to another Precinct or Electoral Unit occurs **within thirty (30) days prior to the Vote."** (Emphasis added)



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*22/SEPTEMBER/2024 ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*