**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| MARINA ESPÍRITU, et als, <br><br> Plaintiffs, <br><br> v. <br><br> COMISIÓN ESTATAL DE ELECCIONES, et als, <br><br> Defendants. | CIVIL NO. 24-CV-01446 <br><br> INJUNCTIVE AND DECLARATORY RELIEF |

**MOTION REQUESTING PERMISSION AND**
**EXTENSION OF TIME TO FILE ENGLISH TRANSLATION**

TO THE HONORABLE COURT:

COME NOW the Plaintiff through the undersigned attorney and respectfully allege and pray:

1. Today plaintiffs filed the Complaint, DE 1, in the instant case.

2. Plaintiff included with the Complaint six (6) exhibits, which one of them is in the Spanish language. Due to the importance and urgency of this case it was necessary to include the document in order for the court to take note of plaintiffs allegations.

3. Therefore, plaintiffs very respectfully request that the Court allowed them a 5-day term to submit the English translations.

WHEREFORE it is respectfully requested the Court takes note of the above and allowed the extension of time requested.

Respectfully submitted, at San Juan, Puerto Rico, this 22nd day of September, 2024.

/S/*Fermín L. Arraiza Navas*
FERMÍN L. ARRAIZA NAVAS
USDC-PR 215705
*American Civil Liberties Union, Puerto Rico Chapter*
farraiza@aclu.org
416 Ponce de León Avenue, Suite 1105
San Juan, PR 00918
Tel. (787) 753-8493