UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARINA ESPÍRITU, et als,<br><br>    Plaintiffs,<br><br>v.<br><br>COMISIÓN ESTATAL DE ELECCIONES and JESSIKA PADILLA RIVERA, in her official capacity as Alternate President of the Comisión Estatal de Elecciones, et als,<br><br>    Defendants. | CIVIL NO. 24-CV-01446 (MAJ)<br><br>TEMPORARY RESTRAINING ORDER REQUESTED |

**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 65, Plaintiffs, by and through their undersigned counsel, hereby move for the issuance of a Temporary Restraining Order and a Preliminary Injunction, directing Defendants to implement policies allowing citizens to safely register for the elections of November 5, 2024 until 30 days prior to the election date which is October 6, 2024, and require Defendants, their officers, employees, and agents, all persons acting in active concert or participation with Defendants, or under Defendants' supervision, direction, or control, and all persons within the scope of Fed. R. Civ. P. 65, to implement this order by:

(a) Extending the deadline for registration for the general elections until October 6, 2024;

(b) Updating all public education materials, including written, online, and on-air, to reflect the above deadline extension;

(c) Ordering the Commonwealth of Puerto Rico to allocate all necessary budget and personnel to guaranty the right to vote of the people of Puerto Rico on November 5 Federal Rule of Civil Procedure 65 provides for the issuance of a temporary restraining order under circumstances such as those that exist in the present case. In support of the

1

Motion, Plaintiffs rely upon the accompanying *Memorandum of Fact and Law*, as well as the exhibits thereto, including the declarations of Plaintiffs.

(d) Grant Plaintiffs an urgent argumentative hearing in which all the requirements could be fully discussed, and such other relief that could include an evidentiary hearing, if necessary, as the Court may deem just and proper.

Dated: September 23, 2024
San Juan, Puerto Rico

Respectfully submitted:

*/S/Guillermo J. Ramos Luiña*
GUILLERMO J. RAMOS LUIÑA
USDC-PR 204007
PO Box 22763, UPR Station,
San Juan, PR 00931
Tel. (787) 620-0527
Fax (787) 620-0039
gramlui@yahoo.com

*/S/ Fermín L. Arraiza-Navas*
Fermín L. Arraiza-Navas
#215705
ACLU, Puerto Rico
farraiza@aclu.org
(787)966-3133

Lolimar Escudero Rodríguez *
PR SCt, RUA: 14,692
ACLU, Puerto Rico
LolimarER@aclu.org

Lcda. Annette Martínez Orabona
Executive Director
*American Civil Liberties Union
 of Puerto Rico*
Union Plaza
416 Avenida Ponce de León, Suite 1105
San Juan, Puerto Rico 00918
Tel. (787) 753-9493
e-mail: Amartinez-Orabona@aclu.org

*Of Counsel

Adriel I. Cepeda Derieux**
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 2005
(202) 456-0800
acepedaderieux@aclu.org

Sophia Lin Lakin**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org

**Pro Hac Vice* Application to be filed

2

## CERTIFICATION

I hereby certify that I filed the within document via the ECF system on September 23, 2024, and that it is available for viewing and downloading to all counsel of record and that I provided the within documents by email on September 23, 2020 to:

HON. DOMINGO EMANUELLI HERNÁNDEZ
P.R. DEPARTMENT OF JUSTICE
PO Box 9020192
San Juan, PR 00902-0192
Email: domingoemanuelli@yahoo.com

　　　　　　　　　　　　　　　　/s/Fermín L. Arraiza-Navas
　　　　　　　　　　　　　　　　Fermín L. Arraiza-Navas