AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Marina Espiritu; Francisco Concepcion; Dante Velez-Iriarte; Iris Delia Torres-Lopez, et al,

*Plaintiff(s)*

v.

Comisión Estatal de Elecciones; Commonwealth of Puerto Rico; et als,

*Defendant(s)*

Civil Action No. 24-cv-1446 MAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Comisión Estatal de Elecciones
Edificio Administrativo CEE
550 Arterial B Avenue
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fermín L. Arraiza-Navas
ACLU-Puerto Rico
Union Plaza Building, 416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
farraiza@aclu.org; arraizanavasfermin@gmail.com
Tel. (787) 753-8493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 09/23/2024

*Signature of Clerk or Deputy Clerk*

Digitally signed by Ana Duran
Date: 2024.09.23 10:46:38 -04'00'

Paulinc Morsles Rivac
Case 3:24-cv-01446-MAJ    Document 17    Filed 09/24/24    Page 2 of 18
Case 3:24-cv-01446-MAJ    Document 4    Filed 09/23/24    Page 2 of 18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel A. Rivera Gonzalez
was received by me on *(date)* 09/23/24 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Comision Estatal de Elecciones , who is
designated by law to accept service of process on behalf of *(name of organization)* en Edificio Administrativo
C-O Paulinc Morcles 550 a Hvic. B Avenida on *(date)* 09/23/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/23/24

_____
Server's signature

Miguel A Rivera Gonzalez
Printed name and title

Aguas Buenas
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

Marina Espiritu; Francisco Concepcion;
Dante Velez-Iriarte; Iris Delia Torres-Lopez, et al,

*Plaintiff(s)*

v.

Comisión Estatal de Elecciones;
Commonwealth of Puerto Rico; et als,

*Defendant(s)*

Civil Action No. 24-cv-1446 MAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Comisión Estatal de Elecciones
through Hon. Jessika D. Padilla Rivera, President
Edificio Administrativo CEE
550 Arterial Hostos B
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fermín L. Arraiza-Navas
ACLU-Puerto Rico
Union Plaza Building, 416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
farraiza@aclu.org; arraizanavasfermin@gmail.com
Tel. (787) 753-8493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 09/23/2024

*Signature of Clerk or Deputy Clerk*

Digitally signed by Ana Duran
Date: 2024.09.23 10:47:00 -04'00'

(Handwritten on document: signature 9/23/24 2:14 pm)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel A. Rivera Gonzalez
was received by me on *(date)* 09/23/24.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Comicion Estatal de Elecciones THROUGH Hon. Jessika D. Padilla Rivera, President. C-O Madeline Ramos, who is designated by law to accept service of process on behalf of *(name of organization)* en Edif. Administrativo CEE 550 altos y 9/hostos B
on *(date)* 09/23/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/23/24

*Miguel A.*
Server's signature

Miguel A. Rivera Gonzalez
Printed name and title

Aguas Buenas
Server's address

Additional information regarding attempted service, etc:

madeline Ramos

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Marina Espiritu; Francisco Concepcion;
Dante Velez-Iriarte; Iris Delia Torres-Lopez, et al,

*Plaintiff(s)*

v.

Comisiln Estatal de Elecciones;
Commonwealth of Puerto Rico; et als,

*Defendant(s)*

Civil Action No. 24-cv-1446 MAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Commonwealth of Puerto Rico
through Hon. Domingo Emanuelli HernÆndez, Secretary of Justice
677 Teniente Cesar GonzÆlez, Corner Jesus T. Pinero Avenue
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fermln L. Arraiza-Navas
ACLU-Puerto Rico
Union Plaza Building, 416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
farraiza@aclu.org; arraizanavasfermin@gmail.com
Tel. (787) 753-8493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 09/23/2024

Digitally signed by Ana Duran
Date: 2024.09.23 10:47:20 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Miguel A. Rivera Gonzalez**
was received by me on *(date)* **09/23/24**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Commonwealth of Puerto Rico through Hon. Domingo Emanuelli Hernandez, Sec. de Justicia c- Lic Susana Peñagarícano Sec. Aux de lo civil en 677 Ave Teniente Cesar Gonzalez San Juan**, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* **09/23/24** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **09/23/24**

*Miguel A.*
Server's signature

**Miguel A Rivera Gonzalez**
Printed name and title

**Aguas Buenas**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico ▼

Marina Espíritu; Francisco Concepcion;
Dante Velez-Iriarte; Iris Delia Torres-Lopez, et al,

*Plaintiff(s)*

v.   Civil Action No. 24-cv-1446 MAJ

Comisión Estatal de Elecciones;
Commonwealth of Puerto Rico; et als,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Hon. Domingo Emanuelli Hernandez in his official capacity as the Attorney General
> of the Commonwealth of Puerto Rico
> 677 Teniente Cesar González, Corner Jesus T. Pinero Avenue
> San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Fermín L. Arraiza-Navas
> ACLU-Puerto Rico
> Union Plaza Building, 416 Ponce de Leon Avenue, Suite 1105
> San Juan, PR 00918
> farraiza@aclu.org; arraizanavasfermin@gmail.com
> Tel. (787) 753-8493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 09/23/2024

*Signature of Clerk or Deputy Clerk*

Digitally signed by Ana Duran
Date: 2024.09.23 10:51:55 -04'00'

Case 3:24-cv-01446-MAJ    Document 17    Filed 09/24/24    Page 8 of 18
Case 3:24-cv-01446-MAJ    Document 4    Filed 09/23/24    Page 8 of 18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

10/23/24

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel A. Rivera Gonzalez
was received by me on *(date)* 09/23/24 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Hon. Domingo Emanuelli Hernandez, who is
designated by law to accept service of process on behalf of *(name of organization)* in his official capacity as the attorney General of the Commonwealth of Puerto Rico c/o Lic. Susana I. Penasavicano Sec. de lo Civil on *(date)* 09/23/24 ; or at the ave. Cesar Gonzalez #677 San Juan

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/23/24

[signature]
Server's signature

Miguel A Rivera Gonzalez
Printed name and title

Aguas Buenas
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

Marina Espiritu; Francisco Concepcion;
Dante Velez-Iriarte; Iris Delia Torres-Lopez, et al,

*Plaintiff(s)*

v.

Comisión Estatal de Elecciones;
Commonwealth of Puerto Rico; et als,

*Defendant(s)*

Civil Action No. 24-cv-1446 MAJ

RECIBIDO
OFICINA COMISIONADO ELECTORAL PNP
FECHA: 09/23/24  HORA: 2:20 PM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Anibal Vega Borges
Commissioner New Progressive Party (known as PNP)
Comisión Estatal de Elecciones
Edificio Administrativo CEE
550 Arterial B Avenue
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fermín L. Arraiza-Navas
ACLU-Puerto Rico
Union Plaza Building, 416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
farraiza@aclu.org; arraizanavasfermin@gmail.com
Tel. (787) 753-8493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Digitally signed by Ana Duran
Date: 2024.09.23 10:52:24 -04'00'

Date: 09/23/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Miguel A Rivera Gonzalez__
was received by me on *(date)* __09/23/24__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Anibal Vega Borges comisiono do PNP__, who is designated by law to accept service of process on behalf of *(name of organization)* __Comicio estatal en Ed. L. Administrativo__ __C/O Carlos Rossano C.E.E. 550 Avenica B. San Juan__ on *(date)* __09/23/24__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __09/23/24__

__Miguel A__
Server's signature

__Miguel A. Rivera Gonzalez__
Printed name and title

__Agnas Buenas__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Marina Espiritu; Francisco Concepcion;
Dante Velez-Iriarte; Iris Delia Torres-Lopez, et al,

*Plaintiff(s)*

v.

Comisiḯn Estatal de Elecciones;
Commonwealth of Puerto Rico; et als,

*Defendant(s)*

Civil Action No. 24-cv-1446 MAJ

2:29pm
9/23/24

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Karla Anglero Gonzalez
Commissioner Popular Democratic Party (known as PPD)
Comisiḯn Estatal de Elecciones
Edificio Administrativo CEE
550 Arterial B Avenue
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fermḯn L. Arraiza-Navas
ACLU-Puerto Rico
Union Plaza Building, 416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
farraiza@aclu.org; arraizanavasfermin@gmail.com
Tel. (787) 753-8493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Digitally signed by Ana Duran
Date: 2024.09.23 10:52:43 -04'00'

Date: 09/23/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Miguel A. Rivera Gonzalez**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Karla Anglero Gonzalez comisionados Partido Popular PO Manuel Nogueyso** designated by law to accept service of process on behalf of *(name of organization)* **en comision Estatal de Elecciones Edif. Administrative 550 Avtonio B Arnid. San Juan** on *(date)* **09/23/24** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **09/23/24**

*Server's signature*

**Miguel A. Rivera Gonzalez**
*Printed name and title*

**Aguas Buenas**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Marina Espiritu; Francisco Concepcion;
Dante Velez-Iriarte; Iris Delia Torres-Lopez, et al,

*Plaintiff(s)*

v.   Civil Action No. 24-cv-1446 MAJ

Comisión Estatal de Elecciones;
Commonwealth of Puerto Rico; et als,

*Defendant(s)*

Hora 2:25 PM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Roberto I. Aponte Berrios
Commissioner Puerto Rican Independence Party (known as PIP)
Comisión Estatal de Elecciones
Edificio Administrativo CEE
550 Arterial B Avenue
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fermín L. Arraiza-Navas
ACLU-Puerto Rico
Union Plaza Building, 416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
farraiza@aclu.org; arraizanavasfermin@gmail.com
Tel. (787) 753-8493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 09/23/2024

Digitally signed by Ana Duran
Date: 2024.09.23 10:52:59 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Miguel A Rivera Gonzalez**
was received by me on *(date)* **09/23/24**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Roberto I Aponte Berrios comicionado C-O Jose M. Navarro** who is designated by law to accept service of process on behalf of *(name of organization)* **Partido Independentista Puerto Riqueño en Comision Estatal de Elecciones** on *(date)* **09/23/24** ; or
**Edif. Administrativo C-EE. 550 Av. Kiev Esq. San Juan**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **09/23/24**

*Server's signature*

**Miguel A. Rivera Gonzalez**
*Printed name and title*

**Aguas Buenas**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Marina Espiritu; Francisco Concepcion;
Dante Velez-Iriarte; Iris Delia Torres-Lopez, et al,

*Plaintiff(s)*

v.

Comisión Estatal de Elecciones;
Commonwealth of Puerto Rico; et als,

*Defendant(s)*

Civil Action No. 24-cv-1446 MAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lillian Aponte Dones
Commissioner Movimiento Victoria Ciudadana (MVC)
Comisión Estatal de Elecciones
Edificio Administrativo CEE
550 Arterial B Avenue
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fermín L. Arraiza-Navas
ACLU-Puerto Rico
Union Plaza Building, 416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
farraiza@aclu.org; arraizanavasfermin@gmail.com
Tel. (787) 753-8493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 09/23/2024

Digitally signed by Ana Duran
Date: 2024.09.23 10:53:17 -04'00'

*Signature of Clerk or Deputy Clerk*

Case 3:24-cv-01446-MAJ   Document 17   Filed 09/24/24   Page 16 of 18
Case 3:24-cv-01446-MAJ   Document 4    Filed 09/23/24   Page 16 of 18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel A. Rivera Gonzalez
was received by me on *(date)* 09/23/24.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lillian Aponte Dones comiciona, who is
designated by law to accept service of process on behalf of *(name of organization)* Victoria Ciudadana
C-O Manuel Milon du on *(date)* 09/23/24 ; or
En Comicion Estatal de Elecciones Edif Administrativo 550 Altorria B
☐ I returned the summons unexecuted because San Juan. ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/23/24

*Server's signature*

Miguel A. Rivera Gonzalez
*Printed name and title*

Aguas Buenas S
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

OCE.PDCEE

2024 SEP 23 P 2:42

Marina Espiritu; Francisco Concepcion;
Dante Velez-Iriarte; Iris Delia Torres-Lopez, et al,

)
)
)
)
)
*Plaintiff(s)*
v.

Civil Action No. 24-cv-1446 MAJ

Comisión Estatal de Elecciones;
Commonwealth of Puerto Rico; et als,

)
)
)
)
)
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Juan M. Frontera Suau
Commissioner Proyecto Dignidad
Comisión Estatal de Elecciones
Edificio Administrativo CEE
550 Arterial B Avenue
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fermín L. Arraiza-Navas
ACLU-Puerto Rico
Union Plaza Building, 416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
farraiza@aclu.org; arraizanavasfermin@gmail.com
Tel. (787) 753-8493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Digitally signed by Ana Duran
Date: 2024.09.23 10:53:33 -04'00'

Date: 09/23/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel A. Rivera Gonzalez

was received by me on *(date)* 09/23/24 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Juan M. Fronteras Guau comicionado, who is designated by law to accept service of process on behalf of *(name of organization)* en Comigion Estatal de Elecciones Edi.R. administrativo EEE 550 on *(date)* 09/23/24 ; or

[left margin annotation:] Proxecto Dignidad, C-O Carol Calderonso Eleciones Edi.R. adminitrativo EEE 550 Altural B SanJuan

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/23/24

*Server's signature*

Miguel A. Rivera Gonzalez
*Printed name and title*

Agnas Barns
*Server's address*

Additional information regarding attempted service, etc:

carol calderonso