UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARINA ESPIRITU, *et al.* | Case No. 3:24-CV-01446 (MAJ) |
| Plaintiffs, | |
| v. | |
| COMISION ESTATAL DE ELECCIONES, *et al.* | |
| Defendants. | |

**REQUEST FOR LEAVE TO APPEAR BY VIDEOCONFERENCE**

TO THE HON. MARIA ANTONGIORGI JORDAN
U.S. DISTRICT JUDGE

  COMES NOW ANÍBAL VEGA BORGES, Commissioner for the PARTIDO NUEVO PROGRESITA, through the undersigned counsel, and respectfully states and prays as follows:

  1. On September 24, 2024, this Honorable Court issued an order scheduling a hearing on the Plaintiffs' motion for preliminary injunction for Friday, September 27, 2024, at 10:00 a.m. [Dkt. 18].

  2. The undersigned is currently in the District of Columbia on official matters related to the congressional committee hearing on the status of Puerto Rico's electrical grid to be held on Thursday, September 26, 2024, at 10:00 a.m. *See* Exhibit 1.

  3. Although the undersigned will attempt to arrive in Puerto Rico in time to attend the preliminary injunction hearing in person, it is respectfully requested that leave be granted to appear by videoconference should she not be able to do so.

WHEREFORE, ANÍBAL VEGA BORGES respectfully requests from this Honorable Court that it grant the undersigned leave to appear at the preliminary injunction hearing by videoconference, should she not be able to arrive in Puerto Rico in time to appear in person.

Respectfully submitted.

In Washington, District of Columbia, this 25 day of September, 2024.

/s/ *Veronica Ferraiuoli Hornedo*
Veronica Ferraiuoli Hornedo
USDC No. 213814

P.O. Box 195384
San Juan, PR  00919-5384
vero@ferraiuoli.pr
(787) 296-4733
(787) 510-5601

## CERTIFICATE OF SERVICE

I hereby certify that, on September 25, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

/s/ *Veronica Ferraiuoli Hornedo*