**BRUCE WESTERMAN OF ARKANSAS**
*CHAIRMAN*

**RAÚL M. GRIJALVA OF ARIZONA**
*RANKING DEMOCRAT*

VIVIAN MOEGLEIN
*STAFF DIRECTOR*

LORA SNYDER
*DEMOCRATIC STAFF DIRECTOR*

# U.S. House of Representatives
## Committee on Natural Resources
### Washington, DC 20515

September 12, 2024

✯✯✯ Hearing Notice ✯✯✯

**MEMORANDUM**

**To:**        Members, Subcommittee on Indian and Insular Affairs

**From:**    The Honorable Harriet M. Hageman, Chair

**Subject:**    Oversight Hearing – September 26, 2024

On **Thursday, September 26, 2024, at 10:00 a.m.,** in room 1324 Longworth House Office Building, the Subcommittee on Indian and Insular Affairs will hold an oversight hearing titled *"Examining Puerto Rico's Electrical Grid and the Need for Reliable and Resilient Energy."*

Witnesses are by invitation only.

If you need further information, please call Haig Kadian, Clerk, Subcommittee on Indian and Insular Affairs at (202) 226-9725.

Accommodations for individuals with disabilities, including assistive listening systems, interpreters, and materials in alternate formats, may be arranged by contacting the Committee in advance of the scheduled event (4 business days notice is requested) at voice (202) 225-2761; or 1324 Longworth House Office Building (HOB), Washington, D.C. 20515-6201