UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARINA ESPIRITU, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>COMISION ESTATAL DE ELECCIONES, *et al.*<br><br>Defendants. | Case No. 3:24-CV-01446 (MAJ) |

## MOTION IN COMPLIANCE WITH ORDER

TO THE HON. MARIA ANTONGIORGI JORDAN
U.S. DISTRICT JUDGE

COMES NOW ANÍBAL VEGA BORGES, Commissioner for the PARTIDO NUEVO PROGRESITA, through the undersigned counsel, and respectfully states and prays as follows:

1. On September 24, 2024, this Honorable Court ordered the parties to state their position as to whether the preliminary injunction hearing should be consolidated with a trial on the merits. [Dkt. 18].

2. The appearing party respectfully states that he does not object to the consolidation of the preliminary injunction hearing with the trial on the merits.

WHEREFORE, ANÍBAL VEGA BORGES respectfully requests that this compliance with the Court's order be noted.

Respectfully submitted.

I hereby certify that, on September 25, 2024, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

- 2 -

In Washington, District of Columbia, this 25 day of September, 2024.

    /s/ *Veronica Ferraiuoli Hornedo*
Veronica Ferraiuoli Hornedo
USDC No. 213814

✉ P.O. Box 195384
San Juan, PR  00919-5384
💻 vero@ferraiuoli.pr
☎ (787) 296-4733
📞 (787) 510-5601