IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARINA ESPIRITU, et. al.<br><br>Plaintiff,<br><br>vs.<br><br>COMISION ESTATAL DE ELECCIONES (CEE), et al.<br><br>Defendants | CIVIL NO. 24-cv-1446 (MAJ) |

## MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 18

COMES NOW defendant, **LILLIAN APONTE DONES**, through the undersigned attorneys, very respectfully, **STATES** and **PRAYS** as follows:

1. On September 24th, 2024, this Honorable Court issued an order stating that "[t]he parties shall state their position as to whether the Preliminary Injunction Hearing should be consolidated with a Trial on the Merits by 9/25/2024 at 5:00 PM". **See Docket No. 18**.

2. Appearing defendant hereby informs that she does not object to consolidating the Preliminary Injunction Hearing with the Trial on the merits.

**WHEREFORE**, appearing defendants respectfully request this Honorable Court take notice.

**RESPECTFULLY SUBMITTED**, in San Juan, P.R., this 25th day of September, 2024.

**IT IS HEREBY CERTIFIED** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the

1

CM/ECF system which will send notification of such filing to all attorneys of record.

                                                **s/José J. Lamas-Rivera**
José J. Lamas-Rivera
USDC-PR 306210
P.O. BOX 364624
SAN JUAN, PR 00936-4626
TELS. (787) 307-6576
jlr@lamaslegal.com