UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARINA ESPÍRITU, et als,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>COMISIÓN ESTATAL DE ELECCIONES and JESSIKA PADILLA RIVERA, in her official capacity as Alternate President of the Comisión Estatal de Elecciones, et als,<br><br>　　　Defendants. | CIVIL NO. 24-CV-01446 (MAJ)<br><br>TEMPORARY RESTRAINING ORDER REQUESTED |

**MOTION IN COMPLIANCE WITH COURT'S ORDER**

TO THE HONORABLE COURT:

　　COME NOW the Plaintiffs through their undersigned attorneys and respectfully allege and pray:

　　1.　On September 24, 2024, the Court ordered the parties to state their position as to whether the Preliminary Injunction, set for Friday, September 27, 2024, should be consolidated with a Trial on the Merits.

　　2.　Considering the urgency of the issues raised in this *preliminary injunction*, all Plaintiffs agree to consolidate the Preliminary Injunction with the Trial on the Merits set for this Friday.

　　3.　Plaintiffs will be providing a certified translation of the Judgment issued by the San Juan Superior Court in Civil Case No. SJ024CV08617 on or before September 26, 2024.

1

THEREFORE, Plaintiffs respectfully request the Honorable Court to consolidate the Preliminary Injunction with the Trial on the Merits set for this Friday, September 27, 2014, at 10:00 a.m.

Dated: September 25, 2024.
San Juan, Puerto Rico

Respectfully submitted:

| | |
|---|---|
| */S/Guillermo J. Ramos Luiña*<br>GUILLERMO J. RAMOS LUIÑA<br>USDC-PR 204007<br>PO Box 22763, UPR Station,<br>San Juan, PR 00931<br>Tel. (787) 620-0527<br>Fax (787) 620-0039<br>gramlui@yahoo.com | Adriel I. Cepeda Derieux**<br>American Civil Liberties Union Foundation<br>915 15th St., NW<br>Washington, DC 2005<br>(202) 456-0800<br>acepedaderieux@aclu.org |
| */S/ Fermín L. Arraiza-Navas*<br>Fermín L. Arraiza-Navas<br>#215705<br>ACLU, Puerto Rico<br>farraiza@aclu.org<br>(787)966-3133 | Sophia Lin Lakin**<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>slakin@aclu.org<br><br>**_Pro Hac Vice_ Application to be filed |

Lolimar Escudero Rodríguez *
PR SCt, RUA: 14,692
ACLU, Puerto Rico
LolimarER@aclu.org

Lcda. Annette Martínez Orabona
Executive Director
*American Civil Liberties Union*
 *of Puerto Rico*
Union Plaza
416 Avenida Ponce de León, Suite 1105
San Juan, Puerto Rico 00918
Tel. (787) 753-9493
e-mail: Amartinez-Orabona@aclu.org

*Of Counsel

3

## CERTIFICATION

I hereby certify that I filed the within document via the ECF system on September 25, 2024, and that it is available for viewing and downloading to all counsel of record.

                                                               /s/Fermín L. Arraiza-Navas
                                                               Fermín L. Arraiza-Navas