UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARINA ESPIRITU, et al.,<br><br>    Plaintiff<br><br>v.<br><br>COMISION ESTATAL DE ELECIONES, et al.,<br><br>    Defendants | CIVIL NO. 24-01446(MAJ) |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COME NOW, the undersigned attorneys representing Juan Manuel Frontera Sua, in his official capacity as Electoral Commissioner of Proyecto Dignidad, and very respectfully STATE and PRAY as follows:

1. The undersigned attorneys will be representing Juan Manuel Frontera Suau, Electoral Commissioner of Proyecto Dignidad in his official capacity in the captioned case.

2. Accordingly, the undersigned request that the Honorable Court allow their appearance on behalf of the appearing Part of Interest and that all future correspondence be addressed to both attorneys, pursuant to Local Civil Rule 83(D)(a).

WHEREFORE, it is respectfully requested from this Honorable Court to allow the undersigned appearance as attorney of record, and that all future correspondence is addressed accordingly.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court, who will send notification of such filing to the parties subscribing to the CM/ECF System.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25 day of September 2024.

| | |
|---|---|
| **s/CHERY M. NEGRÓN ROSARIO**<br>USDC 226705<br>PO Box 195552<br>San Juan, Puerto Rico 00919-5552<br>Tel: (787)777-8682, Ext. 2557<br>E-mail: cnegron@cee.pr.gov | **S/JUAN M. FRONTERA-SUAU**<br>Juan M. Frontera Suau, Esq.<br>USDC-PR No. 214905<br>Calle Maga 129, Urb. Mansiones<br>De los Cedros, Cayey, PR 00736<br>Tel. 787-413-7515<br>fronterasuau@hotmail.com |

3