UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARINA ESPÍRITU, et als,<br><br>   Plaintiffs,<br><br>v.<br><br>COMISIÓN ESTATAL DE ELECCIONES and JESSIKA PADILLA RIVERA, in her official capacity as Alternate President of the Comisión Estatal de Elecciones, et als,<br><br>   Defendants. | CIVIL NO. 24-CV-01446 (MAJ)<br><br>TEMPORARY RESTRAINING ORDER REQUESTED |

**MOTION IN COMPLIANCE WITH COURT'S ORDER (DE 18)**

TO THE HONORABLE COURT:

    COME NOW the Plaintiffs through their undersigned attorneys and respectfully allege and pray:

    1.    On September 24, 2024, the Court ordered the parties to submit a certified translation of the *Judgment* issued by the San Juan Superior Court in the case *Lillian Aponte Dones v. CEE, et als*, Case No. SJ2024CV08617, (DE 18).

    2.    Plaintiffs informed the Court that in compliance with said *Order*, DE 18, we are enclosing with this *Motion* the certified translation requested. See **Exhibit 1** attached hereto.

    THEREFORE, Plaintiffs respectfully request the Honorable Court takes note of the above information.

    Respectfully submitted, in San Juan, Puerto Rico, this September 26, 2024.

1

*/S/Guillermo J. Ramos Luiña*  
GUILLERMO J. RAMOS LUIÑA  
USDC-PR 204007  
PO Box 22763, UPR Station  
San Juan, PR 00931  
Tel. (787) 620-0527  
Fax (787) 620-0039  
gramlui@yahoo.com  

*/S/Fermín L. Arraiza-Navas*  
FERMÍN L. ARRAIZA-NAVAS  
USDC-PR No. 215705  
ACLU, Puerto Rico  
farraiza@aclu.org  
Tel. (787) 753-8493  

Lolimar Escudero Rodríguez *  
PR SCt, RUA: 14,692  
ACLU, Puerto Rico  
LolimarER@aclu.org  

Lcda. Annette Martínez Orabona  
Executive Director  
*American Civil Liberties Union*  
 *of Puerto Rico*  
Union Plaza  
416 Avenida Ponce de León, Suite 1105  
San Juan, Puerto Rico 00918  
Tel. (787) 753-9493  
 e-mail: Amartinez-Orabona@aclu.org  

*Of Counsel  

Adriel I. Cepeda Derieux**  
*American Civil Liberties Union Foundation*  
915 15th St., NW  
Washington, DC 20005  
(202) 456-0800  
acepedaderieux@aclu.org  

Sophia Lin Lakin**  
*American Civil Liberties Union Foundation*  
125 Broad Street, 18th Floor  
New York, NY 10004  
(212) 549-2500  
slakin@aclu.org  

***Pro Hac Vice* Application to be filed  

## CERTIFICATION

I HEREBY CERTIFY: That I filed the within document via the CM/ECF system on September 26, 2024, and that it is available for viewing and downloading to all counsel of record.

/s/*Fermín L. Arraiza-Navas*  
FERMÍN L. ARRAIZA-NAVAS  
USDC-PR 215705  

2