9/21/24, 12:38 PM

Informe de Activos

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN ESTATAL DE ELECCIONES**
**OSIPE**

# Totales de Electores Activos

Fecha:  **21/9/2024**

**Elecciones Generales 2020**
(Datos de la sumaria para el cierre de registro electoral)

A1-Votó Elecciones Generales 2020: 1,283,510
A2-No Votó:   539,013
A3-Inscritos:   69,992
A4-Reactivados: 63,187
A5-Inclusión ADM. :   277
A6-Reclamación Voto EGN 2020: 11
A7-Activo-Inclusión Especial: 4
**Total de Activos: 1,955,994**

A1-Votó Elecciones Generales 2020: 1,561,576
A2-No Votó EGN 2020: 593,469
A3-Inscritos: 121,358
A4-Reactivados: 78,085
A5-Inclusión ADM. : 751
A6-Reclamación Voto EGN 2016: 656
**Total de Activos: 2,355,895**

Nota: Los datos de este informe se actualizan todos los días a las 10:00 a. m.

## Totales por Precinto

**Elecciones Generales 2016**

A1-Votó Elecciones Generales 2012: 1,848,191
A3-Inscritos: 178,032
A4-Reactivados: 129,054
A5-Inclusión ADM. : 114
A6-Reclamación Voto EGN 2012: 76
A8-Reactivado por Tribunal No Votaron en EG 2008: 290,657
A9-Reactivado por Tribunal No Votaron en EG 2012: 421,434
Total de Activos: 2,867,558

**Elecciones Generales 2012**

A1-Votó en Elecciones Generales 2008: 1,903,392
A3-Inscritos: 233,497
A4-Reactivados: 263,829
A5-Inclusión ADM. : 327
A6-Reclamación Voto EGN 2008: 1,898
Total de Activos: 2,402,943

**Elecciones Generales 2008**

A1-Votó en Elecciones Generales 2004: 1,949,344
A3-Inscritos: 243,575
A4-Reactivados: 264,121
A5-Inclusión ADM. : 742
A6-Reclamación Voto EGN 2004: 254
Total de Activos: 2,458,036