THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARINA ESPÍRITU**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **COMISION ESTATAL DE ELECCIONES**, *et al.*, <br><br> *Defendants*. | Civ. No. 24-cv-01446 (MAJ) |

## AMENDED JUDGMENT

In accordance with the Opinion and Order entered on October 1, 2024 (**ECF No. 53**), judgment is entered **DISMISSING** this action in its entirety.

No attorneys' fees are levied upon any party.

Defendants' Bill of Costs is referred to the Clerk of Court.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of December, 2024.

                                         **/s/ María Antongiorgi-Jordán**
                                         **MARIA ANTONGIORGI-JORDAN**
                                         **UNITED STATES DISTRICT JUDGE**